896 A.2d 563

**In re the Nomination Papers of John HORNAMAN as Candidate for State Representative in the 3rd Legislative District.**

**Appeal of Ebert Beeman.**

*Supreme Court of Pennsylvania.*

Submitted April 10, 2006.

Decided April 21, 2006.

■■■■■■■

Lawrence M. Otter, Esq., Harrisburg, for Ebert Beeman.

Timothy D. McNair, Esq., Erie, for John Hornaman.

Louis Lawrence Boyle, Esq., for Bureau of Commissions, Elections and Legislation.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER, and BALDWIN, JJ.

## ORDER

PER CURIAM.

AND NOW, this 21st day of April, 2006, the Order of the Commonwealth Court is AFFIRMED.